Kate E. Rehill, Respondent, v. Max Schirmer, Appellant.— Order of the County Court of Westchester county denying defendant's motion for a new trial affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Edward Roesler, Appellant, v. Robert J. Mahoney, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

George D. Russell, Respondent, v. E. C. Hazard & Company, Appellant, — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

The South Brooklyn Savings Institution, Plaintiff, v. Charles Hamilton, Defendant, Impleaded with Alice Fries, Respondent, and William A. Fries, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

Martin Stubing, Plaintiff, v. Elizabeth Stubing, Individually and as Administratrix, etc., of Henry Stubing, Late of the County of Queens, Deceased, and Others, Defendants, Impleaded with Henry Stubing, Appellant, and Louisa Stubing, Respondent.— Order affirmed, without costs. We do not pass upon the question of the right to apply to modify the judgment in partition, so far as it relates to the ownership of the fund in the chamberlain's hands. No opinion. Hirschberg, Burr, Thomas and Rich, JJ., concurred, Jenks, P. J., dissented.

The Town of Babylon, Appellant, v. William Darling, Respondent.— Judgment affirmed, with costs, on the opinion of Mr. Justice Crane at Special Term. (Reported in 63 Misc. Rep. 553.) Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

James P. Tucker, Appellant, v. Press Publishing Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Union Bank of Brooklyn, Appellant, v. David Schneider and Others, Defendants, Impleaded with Rosie Feiner and Others, Respondents.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Frank J. Whidbee, Appellant, v. Foster Pump Works, William Foster and Esther J. Foster, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.